David A. Fike, Esquire
FIKE & WATSON
401 Clovis Ave., Ste. 208
Clovis, CA  93612
Telephone: (559) 229-2200
Facsimile:  (559) 225-5504
E-mail: fike@watsonattorney.com

Of Counsel
JAMES J. BLACK, III, ESQUIRE
Black & Gerngross, PC
1617 John F. Kennedy Boulevard, Suite 1575
Philadelphia, PA   19103
Telephone:  (215) 636-1650

Attorneys for Claimant
Accredited Surety & Casualty Co Inc

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**APPROXIMATELY $256,533.57 IN U.S. CURRENCY,**<br><br>**Defendant.** | **Case No.: 1:10-CV-01630 – LJO-GSA**<br><br>**STIPULATION AND ORDER ALLOWING  EXTENSION OF TIME TO RESPOND TO FORFEITURE COMPLAINT** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, the United States of America, and claimant, Accredited Surety and Casualty Company, Inc. ("Accredited"), by and through their respective counsel, that Accredited may be allowed an extension of time up to, and including January 6, 2011, to file its responsive pleading to the forfeiture complaint.

**FIKE & WATSON**

Dated:  December 6, 2010          By:     /s/ David A. Fike
                                          David A. Fike, Attorneys for Claimant
                                          Accredited Surety & Casualty Co Inc

- 1
STIPULATION AND ORDER ALLOWING EXTENSION OF TIME TO RESPOND TO FORFEITURE COMPLAINT

Dated: December 6, 2010          BENJAMIN B. WAGNER
                                 United States Attorney

                                    s/ Kelli L. Taylor
                                 KELLI L. TAYLOR
                                 Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

   Dated:   **December 7, 2010**              **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

- 2

STIPULATION AND ORDER ALLOWING EXTENSION OF TIME TO RESPOND TO FORFEITURE COMPLAINT