BENJAMIN B. WAGNER
United States Attorney
DAVID T. SHELLEDY
Assistant U.S. Attorney
United States Courthouse
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-CV-01630-LJO-GSA |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE HEARING ON CLAIMANT** |
| v. ) | **ACCREDITED SURETY AND CASUALTY** |
| ) | **COMPANY'S MOTION TO DISMISS** |
| APPROXIMATELY $256,533.57 IN U.S. ) | |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

It is hereby stipulated between plaintiff United States of America and Claimant Accredited Surety and Casualty Company (hereafter "Accredited"), by and through their undersigned attorneys, as follows:

1. On January 6, 2011, Accredited filed a Motion to Dismiss Forfeiture Complaint. The motion is set for hearing on February 16, 2011, at 8:30 a.m. before Honorable Lawrence J. O'Neill.

2. The United States needs additional time to respond to the motion, because the undersigned Assistant U.S. Attorney had to substitute as counsel for the government only recently. This change of counsel was required by the death of the Assistant U.S. Attorney previously responsible for this case. In addition, the sole remaining forfeiture attorney in the United States Attorney's Office has had to take an unanticipated and extended leave, from which

1 she has not yet returned, thus requiring that all forfeiture cases in this district be reassigned to
2 new Assistant U.S. Attorneys in addition to their normal caseloads. This combination of
3 circumstances has imposed unusual burdens on the undersigned and on all the other attorneys of
4 Civil Division of the United States Attorney's Office. As a result of these circumstances, the
5 United States is unable to file a response to the motion when due (currently, February 2, 2011)
6 that adequately represents the government's interests.

7     3. Accredited has agreed to postpone the hearing on its motion and to allow additional
8 time for the United States' response as requested herein.

9     Wherefore, the parties hereby stipulate to continue the hearing on Accredited's motion
10 until March 10, 2011, or as soon thereafter as the matter may be heard, and to continue the
11 deadline for the government's response to the motion until February 16, 2011.

12 Dated: January 28, 2011                          BENJAMIN B. WAGNER
                                                   United States Attorney

15                                                  /s/ David T. Shelledy
                                                   DAVID T. SHELLEDY
                                                   Assistant U.S. Attorney
16                                                 Attorneys for the United States

19 Dated: January 28, 2011                          /s/ David A. Fike
                                                   DAVID A. FIKE
                                                   Attorney for Claimant
20                                                 Accredited Surety and Casualty Company
                                                   (Original signature retained by attorney)

**IT IS SO ORDERED.**

24 Dated: January 31, 2011                          /s/ Lawrence J. O'Neill
                                                   LAWRENCE J. O'NEILL
                                                   United States District Court Judge