IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV-F-10-1630 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| APPROXIMATELY $256,533.57 IN U.S. CURRENCY, | |
| Defendant. / | |

On February 7, 2011, the parties entered into a compromise settlement agreement, which this Court approved. Pursuant to that agreement, and for good cause appearing, this action is DISMISSED with prejudice. All dates are VACATED, including the March 10, 2011 hearing on the motion to dismiss and the March 30, 2011 scheduling conference. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:   February 7, 2011**               /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

1